UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                          :

ASHLEY DESVARIEUX, *individually and*       :
*on behalf of all others similarly situated*,    :

                                  :

               Plaintiff,        :            17-CV-4756 (JPC)

                                  :

       -v-                           :              ORDER

                                  :

AXIOM HOLDINGS, INC. and CURTIS RILEY,  :

                                  :

              Defendants.      :

                                  :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The conference scheduled for November 16, 2021 at 10:00 a.m. will be held in

Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

New York, New York 10007.

     SO ORDERED.

Dated: November 2, 2021
      New York, New York                                                        

                                                     JOHN P. CRONAN
                                        United States District Judge