```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ASHLEY DESVARIEUX, Individually and                              :
On Behalf of All Others Similarly Situated,                      :
                                                                 :
                        Plaintiff,                               :   17 Civ. 4756 (JPC) (GWG)
                                                                 :
        -v-                                                      :   ORDER
                                                                 :
AXIOM HOLDINGS, INC. and CURTIS RILEY,                           :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

By order dated May 5, 2021, the Court preliminarily approved the voluntary dismissal of claims against Defendant Curtis Riley without prejudice, subject to further consideration at a hearing pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, which was held on November 16, 2021 ("Rule 23(e) Hearing"). For reasons stated on the record during the Rule 23(e) Hearing, Defendant Curtis Riley is dismissed from this action with prejudice.

The Clerk of Court is respectfully ordered to terminate Defendant Curtis Riley from this action.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

                                                 JOHN P. CRONAN
                                                 United States District Judge